## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:15CR355** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **BRETT BOOKER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation regarding Criminal Forfeiture (Filing No. 51). The Court has reviewed the matter and finds that the stipulation should be approved.

IT IS ORDERED that the parties' Stipulation regarding Criminal Forfeiture (Filing No. 51) is approved.

DATED this 16th day of November, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge